Samar CHATTERJEE, Petitioner,

v.

DEPARTMENT OF the TREASURY, Respondent.

No. 06–3112.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2006.

Before LOURIE, DYK, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.